UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOBBY WELLS,

           Plaintiff,

v.

CLAUDIA BALDUCCI, *et al.*,

           Defendants.

Case No. C12-1697-TSZ

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, docket no. 30, to which no objection was timely filed, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation in part, and MODIFIES the Report and Recommendation in part.

(2)    Defendants' motion to dismiss (Dkt. No. 27) is GRANTED.  Plaintiff's second amended complaint (Dkt. No. 15) and this action is DISMISSED without prejudice.  This case is deemed moot, and the Court makes no ruling concerning the merits of plaintiff's claims.

//

//

ORDER DISMISSING ACTION - 1

(3) The Clerk is directed to send copies of this Order to plaintiff pro se, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 18th day of November, 2013.

*Thomas S. Zilly*

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING ACTION - 2